IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
SOUTHERN DIVISION

| | |
|---|---|
| EDUARDO FLORES BARAJAS & JUAN MENDOZA on behalf of themselves and all other similarly situated individuals,<br><br>        Plaintiffs,<br><br>v.<br><br>SWIFT BEEF COMPANY<br>&<br>SWIFT & COMPANY, INC.<br>&<br>JBS SWIFT & COMPANY<br>&<br>JBS S.A.<br>        Defendants. | Case No. CV07-431-S-EJL<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION TO DISMISS, PURSUANT TO RULE 41(a)(1)**

The parties to the above captioned action hereby agree, pursuant to F.R.C.P. 41(a)(1), that the above captioned action is dismissed without prejudice, with all parties to bear their own attorneys fees and costs in the matter.

Agreed to this 21st day of January, 2008.


/s Philip Downey
Philip A. Downey, Esq.
Attorney for Plaintiffs

/s W.V. Bernie Siebert
W.V. Bernie Seibert
Sherman & Howard
Attorney for Defendants
Swift Beef Company
Swift & Company, Inc.
JBS Swift & Company
JBS S.A.